AO 442 (Rev.6/96-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
V.

Thomas L. Connally

06 - 117 - M - 01

CASE NUMBER : 04-383-M

**FILED**

MAR 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _Thomas L. Connally_ and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court _X_ Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense):

Violation of Theft of U.S. property - See Attached

In Violation of Title **18** United States Code, Section(s) **641**

**The Honorable Liam O'Grady**
Name of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

_Signature of Issuing Officer_

05- 4 -2004
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

| Date Received<br>3-15-06 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>3-15-06 | SEAN McLEOD SDUSM | S- S. |