IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED

2004 APR -9 A 10:32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
) Docket No. 04-383-M
v. )
)
THOMAS L. CONNALLY )
) Court Date: May 3, 2004
)
)

FILED

MAR 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MINAL INFORMATION

(Count 1 - Misdemeanor – A1272588/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 8, 2004, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, THOMAS L. CONNALLY, did unlawfully and knowingly, convert to his own use merchandise of a value less than $1000, the property of the United States and a department and agency thereof, to wit: Merchandise from the Post Exchange, Fort Myer, Virginia.

(Violation of Title 18, United States Code, Section 641)

(COUNT II – Misdemeanor – A1272589/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 8, 2004, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, THOMAS L. CONNALLY, did unlawfully, knowingly, and intentionally possess cocaine, a Schedule II controlled substance.

(Violation of Title 21, United States Code, Section 841).

(Count III – Misdemeanor – A1426888/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 8, 2004, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, THOMAS L. CONNALLY, did conspire to commit an offense against the United States and an agency thereof to wit: convert to his own use merchandise of a value less than $1000, the property of the United States and a department and agency thereof.

(Violation of Title 18, United States Code, Section 371)

Respectfully submitted,
PAUL J. McNULTY
UNITED STATES ATTORNEY

By: _____
ANGELA RODRIGUEZ
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April 2004, a true and correct copy of the foregoing Criminal Information was mailed, postage prepaid, to:

Thomas L. Connally

*[signature]*

ANGELA RODRIGUEZ
Special Assistant
United States Attorney

# Violation Notice

Violation No: **A1272588**

Print Officer Name: **MCCUMBER**
Officer No: **M3727**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: **03.08.2004 6:07PM**
Offense Charged: **TITLE 18, 18 USC 641**
Place of Offense: **POST EXCHANGE FT MYER VA 22211**
Offense Description: **SHOPLIFTING**

Defendant's Last Name: **CONNALLY**
First Name: **THOMAS**
MI: **LEE**

Street Address:

D.L. State: 
Driver's License No:
Social Security No:

### VEHICLE DESCRIPTION

Vehicle Tag No: **32 CFR SEC 634.25(c)**
Vehicle Tag State:
Year: Vehicle Make: Vehicle Color:

A ☐ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
 ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
 ☐ I plead not guilty and promise to appear as required

YOUR COURT DATE
Court Address: **401 COURTHOUSE SQ. ALEXANDRIA, VA 22314**
Date: **05.03.2004**   Time: **9:00AM**

Collateral (fine): **N/A**

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998
Original – CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on **MARCH 08, 2004** while executing my duties as a law enforcement officer in the **EASTERN** District of **VIRGINIA** WHILE WORKING ACCESS CONTROL AT WRIGHT GATE I RECIEVED A CALL OF A SHOPLIFTER AT THE POST EXCHANGE. I THEN OBSERVED THE SUSPECT WHO WAS IDENTIFIED AS CONNALLY THOMAS LEE BY HIS WASHINGTON DC IDENTIFICATION CARD APPROACHING THE GATE. I THEN FRISKED CONNALLY FOR MY SAFETY PRODUCING TWO DVD'S AND A PLASTIC BAG CONTAINING A WHITE POWDER. ALL INFORMATION IS INCORPORATED BY REFERENCE THE REGID

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **MAR 08 2004**   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **MAR 03 2004**   U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998